ORIGINAL



FILED

FEB 0 7 2019

CLERK US D...
SOUTHERN DIST...
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19cr 0345-CAB |
| Plaintiff, | INFORMATION |
| v. | False Labeling - 16 U.S.C.§§ 3372(d)(1) and 3373(d)(3)(A)(i); |
| AQUA SAN DIEGO MARINE, LLC, (1) WILLIAM CHANG, (2) RAMON WU, (3) and ALICIA WU, (4) | Violation of Convention - 16 U.S.C. §§ 1538(c) and 1540(b)(1); Aiding and Abetting - 18 U.S.C. § 2; |
| Defendants. | |

The U.S. Attorney charges:

COUNT 1

On or about between September 1, 2015, and August 30, 2018, within the Southern District of California, defendants AQUA SAN DIEGO MARINE, LLC, WILLIAM CHANG and RAMON WU, in a matter involving the exportation of fish and wildlife, did knowingly make and submit a false record and label for, and a false identification of, wildlife, to wit: coral, which was exported or intended to be

exported, in violation of 16 U.S.C. §§ 3372(d)(1) and 3373(d)(3)(A)(i) and 18 U.S.C. §2.

## COUNT 2

On or about between September 15, 2015, and August 30, 2018, within the Southern District of California, defendant ALICIA WU did knowingly engage in trade of a specimen of wildlife covered by the provisions of the Convention on International Trade in Endangered Species (CITES), to wit: various corals listed on Appendix II, contrary to the provisions of CITES and the implementing regulations, in that the coral was exported without a CITES export re-export permit, a misdemeanor, in violation of 16 U.S.C. §§ 1538(c) and 1540(b)(1) and 50 C.F.R. §§23.36 and 23.37, and 18 U.S.C. §2.

DATED: January 24th, 2019.

ROBERT S. BREWER, JR.
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney

2